IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| EDWARD C. TUCKER | § | |
| VS. | § | CIVIL ACTION NO. 6:16cv221 |
| DIRECTOR, TDJC-CID | § | |

## **ORDER OF DISMISSAL**

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge K. Nicole Mitchell. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the petition for a writ of habeas corpus is **DENIED** and the case is **DISMISSED WITH PREJUDICE**. All motions by either party not previously ruled on are hereby **DENIED**.

**So Ordered and Signed**
**Jul 6, 2017**

_____
Ron Clark, United States District Judge